

**FILED**

*3:48 pm, 9/18/24*

**Margaret Botkins**
**Clerk of Court**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| BENOIT JEAN FRANCOIS XAVIER PELLET,<br><br>    Plaintiff,<br><br>v.<br><br>PENCE AND MACMILLAN, LLC and DEVON P. O'CONNELL, ESQ.,<br><br>    Defendants. | Case No. 23-CV-29-ABJ |

## JUDGMENT

This matter comes before the Court on Defendants' *Motion for Summary Judgment*, filed on May 10, 2024. ECF No. 42. The Court has entered its *Order Granting Defendants' Motion for Summary Judgment*, finding that summary judgment should be entered in favor of Defendants. ECF No. 95. The Court, per its *Order*, found that there was no genuine issue of material fact about whether Defendants' actions were the legal cause of Plaintiff's damages, and that all additional damages were either too speculative or not sufficiently supported by the record. *Id.*

The Court, therefore, **ORDERS, ADJUDGES, AND DECREES** that for the reasons stated in the Court's *Order*, summary judgment is **GRANTED** to Defendants Devon P. O'Connell and Pence and MacMillan, LLC. *Id.* The Court further **ORDERS,**

1

**ADJUDGES, AND DECREES** that for the reasons stated in the Court's *Order*, Plaintiff's Complaint is **DISMISSED WITH PREJUDICE.**

Dated this 18Th day of September, 2024.

Alan B. Johnson
United States District Judge